DOCKET NUMBER: 03-cr-00315　　CRIMINAL CAUSE FOR SENTENCING
BEFORE JUDGE: KORMAN　　DATE: 1/29/2020　TIME IN COURT 1 HRS 20 MINS

DEFENDANT'S NAME: Roderick Soto　　DEFENDANTS # 1
☑ Present　　' Not Present　　' (Custody)　　' Not Custody
DEFENSE COUNSEL: Sam Gregory
❏ Federal Defender　　' CJA　　' Retained
A.U.S.A.: Samya Dayananda　　Case Manager: Talia Magnas
ESR ROCCO/HONG　　INTERPRETER:　　LANGUAGE:

' Revocation of Probation non contested　　❏ Revocation of Probation contested
' Sentencing non-evidentiary　　❏ Sentencing Contested
' Revocation of Supervised Release evidentiary　　❏ Revocation of Supervised Release non-evidentiary

✓ CASE CALLED.　　**COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**
✓ SENTENCING ADJ'D TO _____.
✓ SENTENCING HELD.　✓ STATEMENTS OF DEFT AND COUNSEL HEARD.
✓ DEFT SENTENCED ON COUNT(S) 1-4 of indictment
SENTENCE TEXT: CAG time served minus 1 day, to run on cts 1-3 concurrent with each other; CAG 1 day on count 4 to run consecutive for an aggregate sentence of time served. 3 years S/L, $400 SA
RMG OPEN COUNTS ARE DISMISSED ON　　- GOVTS　　- COURT'S MOTION
_ **COURT ADVISED DEFT OF RIGHT TO APPEAL.** _ I.F.P. GRANTED.
_ **DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.**
_ DEFT REMANDED.　　_ DEFT ON BAIL PENDING APPEAL.

**UTILITIES**
' ~Util-Plea Entered　　' ~Util-Add terminate Attorneys　　' ~Util-Bond Set/Reset
' ~Util-Exparte Matter　　' ~Util-Indictment Un Sealed　　' ~Util-Information Unsealed
' ~Util-Set/Reset Deadlines　　' ~Util-Set/Reset Deadlines/Hearings
' ~Util-Set/Rest Motion and R&R Deadlines/Hearings　　' ~Util-Terminate Motions
' ~Util-Terminate Parties　　' ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ' YES　　' NO
**TEXT**
Govt.'s rule 35 motion heard, granted.