# EXHIBIT B

```
REGISTER NO: 70000-053 NAME..: RAMOS, LUIS ANGEL
FUNCTION...: PRT    FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 02-28-2022
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2933979 - SANCTIONED INCIDENT DATE/TIME: 12-29-2016 2045
DHO HEARING DATE/TIME: 01-06-2017 0928          DHO REPT DEL: 02-01-2017 0935
FACL/CHAIRPERSON.....: LEE/BROWN J
REPORT REMARKS.......: I/M ADMITS CONTROLLING 6.75" SHARPENED METAL & 6.25"
                       SHARPENED PLASTIC HOMEMADE WEAPONS IN PERSONAL PROPERTY.
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   DISALLOW WHEN AVAILABLE
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP COMM    / 180 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 180 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2729065 - SANCTIONED INCIDENT DATE/TIME: 06-21-2015 0750
DHO HEARING DATE/TIME: 06-29-2015 0845          DHO REPT DEL: 07-07-2015 0645
FACL/CHAIRPERSON.....: BRO/GARCIA D
REPORT REMARKS.......: ADMITS THREW ITEMS IN TOILET THEN FLUSHED/CLAIMS IT WAS
                       TOBACCO AND WAS SMOKING
   115  DESTROY/DISPOSE ITEM-SEARCH - FREQ: 1
        DIS GCT    / 40 DAYS / CS
        COMP:000 LAW:    IN ACCORDANCE WITH PLRA SENTENCE
        DS         / 60 DAYS / CS
        COMP:    LAW:    UNTIL 8/27/15
        IMPOUND    / 120 DAYS / CS
        COMP:    LAW:    6/29/15-10/26/15
        IMPOUND    / 120 DAYS / CS
        COMP:    LAW:    6/29/15-10/26/15
        LP VISIT   / 250 DAYS / CS
        COMP:    LAW:    6/29/15-3/14/16
        LP VISITRS / 250 DAYS / CS
        COMP:    LAW:    3/15/16-11/7/16 TO FOLLOW VISIT SUSPENSION VISIT
                         WITH IMEDIATE FAMILY ONLY
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1279286 - SANCTIONED INCIDENT DATE/TIME: 10-31-2004 0715
DHO HEARING DATE/TIME: 11-10-2004 0900
FACL/CHAIRPERSON.....: BRO/GARCIA D
REPORT REMARKS.......: INMATE ADMITS TO CHARGES
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IG2 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:000 LAW:    DISALLOW WHEN AVAIALBLE
        DS         / 30 DAYS / CS
        COMP:    LAW:    RELEASE ON 12/9/04


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 70000-053 NAME..: RAMOS, LUIS ANGEL
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-28-2022

DHO HEARING DATE/TIME: 11-10-2004 0900 REPORT 1279286 CONTINUED
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:    RESTORE ON 2/7/05
```

```
G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```